# United States Bankruptcy Court
## Northern District of California

In re **Donald Patz Wine Group, LLC**      Case No. **25-10038**
Debtor(s)      Chapter **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**1) Official Form 204 Chapter 11**
**2) Official Form 206Sum**
**3) Schedule D**
**4) Schedule E/F**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows: **See Related Certificate of Service**

Date: **February 25, 2025**

**/s/ Merle C. Meyers, Esq.**
**Merle C. Meyers, Esq.**
Attorney for Debtor(s)
**Meyers Law Group, P.C.**
**100 Shoreline Highway**
**Ste. B-160**
**Mill Valley, CA 94941**
**(415) 362-7500 Fax:(415) 362-7515**
**mmeyers@meyerslawgroup.com**

Fill in this information to identify the case:
Debtor name: **Donald Patz Wine Group, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**
Case number (if known): **25-10038**

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Zia Gia Properties LLC** Attn: Regina Martinelli, Manager P.O. Box 33 Fulton, CA 95439 | | 2024 chardonnay and pinot noir grapes. | | | | $318,447.25 |
| **Grand Cru Custom Crush, LLC** 1200 American Way Windsor, CA 95492 | | | | | | $160,730.34 |
| **Heather Patz Trust** 8920 Oak Grove Ave. Sebastopol, CA 95472 | | Loan | | | | $100,000.00 |
| **Bob and Nancy Jenkins** Jenkins Ranch 1411 Pleasant Hill Rd. Sebastopol, CA 95472 | | 2024 pinot noir grapes | | | | $78,264.09 |
| **Tonnellerie Bel Air** 42 route de Creon 33360 Cenac France | | | | | | $46,934.54 |
| **Jaguar Properties Corp., dba Groskopf Warehouse & Logistics** P.O. Box 128 Vineburg, CA 95487 | | Cased wine | | $23,158.35 | $0.00 | $23,158.35 |
| **Martinelli Farms, Inc.** Attn: Lee Martinelli P.O. Box 300 Fulton, CA 95439 | | 2024 Grape Harvest | | | | $21,742.50 |

| Debtor | Donald Patz Wine Group, LLC | Case number (if known) | 25-10038 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RNDC - Hawaii**<br>**94-501 Kau St.**<br>**Waipahu, HI 96797** | | | | | | **$18,263.96** |
| **Matinelli Brothers, Inc.**<br>**Attn: Lee Martinelli**<br>**P.O. Box 300**<br>**Fulton, CA 95439** | | **2024 chardonnay grapes** | | | | **$16,704.00** |
| **Kent Ritchie**<br>**Poplar Vineyards**<br>**P.O. Box 978**<br>**Forestville, CA 95436** | | **2024 chardonnay grapes** | | | | **$15,750.00** |
| **DH Wine Compliance**<br>**P.O. Box 1124**<br>**Windsor, CA 95492** | | | | | | **$8,407.00** |
| **Envy Wines LLC**<br>**1170 Tubbs Lane**<br>**Calistoga, CA 94515** | | | | | | **$7,231.69** |
| **Carolyn E. Corey**<br>**2909 Bird Ave.**<br>**Miami, FL 33133** | | | | | | **Unknown** |
| **ETS Laboratories**<br>**899 Adams St., Ste. A**<br>**Saint Helena, CA 94574** | | | | | | **$4,141.00** |
| **California Dept. of Tax and Fee Admin.**<br>**Acct. Information Group, MIC: 29**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0029** | | **Sales Tax** | | | | **Unknown** |
| **Saxco International, LLC**<br>**1855 Gateway Blvd., Ste. 400**<br>**Concord, CA 94520** | | | | | | **$1,760.00** |
| **Vintage Wine Marketing**<br>**P.O. Box 5149**<br>**Napa, CA 94558** | | | | | | **$1,649.14** |
| **Eagle Rock Distributing**<br>**6205 Best Friend Rd., Ste. A**<br>**Norcross, GA 30071** | | | | | | **$1,639.59** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Summit Spirits & Wine**<br>**6975 S. Decatur Blvd., Ste. 100**<br>**Las Vegas, NV 89118** | | | | | | $1,595.06 |
| **Herdell Printing**<br>**340 McCormick St.**<br>**Saint Helena, CA 94574** | | | | | | $1,398.52 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Donald Patz Wine Group, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **25-10038** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals           12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................................  $ **3,705,425.85**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................  $ **3,705,425.85**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $ **779,152.02**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $ **8,480.03**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................  +$ **1,063,964.78**

4. **Total liabilities** ......................................................................................................................................  $ **1,851,596.83**
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Donald Patz Wine Group, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 25-10038 |

☑ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Jaguar Properties Corp., dba Groskopf**<br>Creditor's Name<br>**Warehouse & Logistics**<br>**P.O. Box 128**<br>**Vineburg, CA 95487**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Cased wine**<br><br>**Describe the lien**<br>**Statutory Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,158.35 | $0.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $23,158.35

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jaguar Properties Corp., dba Groskopf**<br>**20580 8th St. East**<br>**Sonoma, CA 95476** | Line **2.1** | |

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 1

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Carolyn E. Corey**<br>**2909 Bird Ave.**<br>**Miami, FL 33133**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$6,600.00** | **Unknown** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Daniel Redman**<br>**9855 Wier Loop Cir.**<br>**Austin, TX 78736**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Notice Only**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**DH Wine Compliance**<br>**P.O. Box 1124**<br>**Windsor, CA 95492**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,407.00** |

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Eagle Rock Distributing**<br>**6205 Best Friend Rd., Ste. A**<br>**Norcross, GA 30071**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,639.59 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**ETS Laboratories**<br>**899 Adams St., Ste. A**<br>**Saint Helena, CA 94574**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,141.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**G3 Enterprises Inc.**<br>**502 E. Whitmore Ave.**<br>**Modesto, CA 95358**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $570.74 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Herdell Printing**<br>**340 McCormick St.**<br>**Saint Helena, CA 94574**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,398.52 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Johnson Brothers Mutual Distributing**<br>**1999 Shepard Rd.**<br>**Saint Paul, MN 55116**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $51.98 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**LibDib**<br>**6980 Santa Teresa Blvd., Ste. 201**<br>**San Jose, CA 95119**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,166.37 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Martignetti Companies**<br>**500 John Hancock Rd.**<br>**Taunton, MA 02780**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $211.55 |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Perfect Delivery Logistic Services, Inc.**<br>**38821 Altura St.**<br>**Fremont, CA 94536**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $174.20 |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**RNDC - Hawaii**<br>**94-501 Kau St.**<br>**Waipahu, HI 96797**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $18,263.96 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**RNDC Colorado**<br>**8000 Southpark Terrace**<br>**Littleton, CO 80120**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $15.05 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**RNDC of Arizona**<br>**402 S. 54th Place**<br>**Phoenix, AZ 85034**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $14.06 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**RNDC Texas**<br>**1010 Isuzu Parkway**<br>**Grand Prairie, TX 75050**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $16.54 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Russian River Valley Winegrowers**<br>**708 Gravenstein Hwy. N., #1002**<br>**Sebastopol, CA 95472**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $410.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Saxco International, LLC**<br>**1855 Gateway Blvd., Ste. 400**<br>**Concord, CA 94520**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,760.00 |

| | Debtor | **Donald Patz Wine Group, LLC** | Case number (if known) | **25-10038** |
|---|---|---|---|---|
| | | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Seguin Moreau**<br>**Napa Cooperage**<br>**151 Camino Dorado**<br>**Napa, CA 94558** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $187.20 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Summit Spirits & Wine**<br>**6975 S. Decatur Blvd., Ste. 100**<br>**Las Vegas, NV 89118** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,595.06 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Susan Kanaya**<br>**1595 Kingswood Dr.**<br>**Hillsborough, CA 94010** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Thomas Schall**<br>**1721 Lovall Valley Rd.**<br>**Sonoma, CA 95476** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Notice Only**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Vinlux, LLC**<br>**1200 Green Island Rd.**<br>**American Canyon, CA 94503** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,332.58 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Vintage Wine Marketing**<br>**P.O. Box 5149**<br>**Napa, CA 94558** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,649.14 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | |
|---|---|---|---|
| Debtor | **Donald Patz Wine Group, LLC** | Case number (if known) | **25-10038** |
| | Name | | |

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 6,600.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 43,004.54 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 49,604.54 |

# United States Bankruptcy Court
## Northern District of California

In re **Donald Patz Wine Group, LLC**  
Debtor(s)

Case No. **25-10038**  
Chapter **11**

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing 1) Official Form 204 Chapter 11
2) Official Form 206Sum
3) Schedule D: Creditors Who Have Claims Secured by Property
4) Schedule E/F: Creditors Who Have Unsecured Claims, consisting of __**4**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 25, 2025**

Signature **/s/ Donald Patz**
**Donald Patz**
**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.